**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2261**

---

In re: DAVID HILL,

  Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:01-cr-00191-CMH-1)

---

Submitted:  April 10, 2025                                       Decided:  April 30, 2025

---

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

David Hill, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus, alleging that the district court has unduly delayed in acting on the postjudgment motions Hill filed in his criminal case in November 2022.  Hill seeks an order from this court directing the district court to act.

Our review of the district court's docket reveals that the district court denied relief on the pending motions by order entered on February 26, 2025.  *See United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va., PACER No. 529).  Because the district court has recently decided the subject motions, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*